# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

VICTORIA WARREN, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.                                            Case No. 3:20-cv-763-TJC-MCR

CREDIT PROS INTERNATIONAL
CORPORATION,

    Defendant.

_____

# **O R D E R**

This Telephone Consumer Protection Act class action case is again before the Court, this time in the context of Defendant Credit Pros International's Motion to Dismiss Plaintiff Victoria Warren's Second Amended Class Action Complaint. (Doc. 55). On November 2, 2021, the Court held a hearing on the motion, the record of which is incorporated by reference. For the reasons stated on the record, it is hereby

**ORDERED:**

1. Defendant's Motion to Dismiss (Doc. 55) is **GRANTED in part and DENIED in part**. Plaintiff's Second Amended Complaint, to the extent it alleges violations of 47 U.S.C. § 227(b)(1)(B), is **DISMISSED with prejudice**. The remaining allegations are sufficient and are included in the Revised Second

Amended Class Action Complaint, which the Clerk will docket. The Revised Second Amended Complaint is the same as the Second Amended Complaint except:

    A. Any text after "47 U.S.C. § 227(b)(1)(A)(iii)" in Document 54, Paragraph 57, is excised.

    B. The text "and § 227(b)(1)(B)" in Document 54, Paragraph 61, is excised.

2. No later than **November 19, 2021**, Defendant shall answer Plaintiff's Revised Second Amended Complaint.

3. No later than **November 19, 2021**, Plaintiff shall file a motion for class certification. Defendant shall file its response no later than **December 17, 2021**. Plaintiff may file a reply of no more than ten pages no later than **January 11, 2022**.

4. The parties' deadline to complete discovery is **January 18, 2022**.

5. No later than **February 18, 2022**, Defendant shall file a motion for summary judgment. Plaintiff shall respond no later than **March 18, 2022**. Defendant may file a reply of no more than ten pages no later than **April 1, 2022**.

**DONE AND ORDERED** in Jacksonville, Florida the 3rd day of November, 2021.



ckm
Copies:

Counsel of record