IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| VICTORIA WARREN, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 3:20-cv-763-TJC-MCR |
| vs. | JURY TRIAL DEMANDED |
| THE CREDIT PROS INTERNATIONAL CORP., | |
| *Defendant*. _____/ | |

### NOTICE OF SETTLEMENT

Plaintiff Victoria Warren hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of drafting a settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days of this notice.

Date: November 12, 2021

HIRALDO P.A.

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*