# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

VICTORIA WARREN, individually
and on behalf of all others similarly
situated,

     Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No. 3:20-cv-763-TJC-MCR

CREDIT PROS INTERNATIONAL
CORPORATION,

     Defendant.

_____

## O R D E R

The Court has been advised that this case has been settled (Doc. 69). Accordingly, it is now

**ORDERED:**

1.　　The parties shall have until **January 14, 2022** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.　　If the parties have not filed settlement pleadings or a request for extension of time by the **January 14, 2022** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their**

**settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3.      All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 15th day of November, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record