**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

VICTORIA WARREN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                                      Case No. 3:20-cv-763-TJC-MCR

CREDIT PROS INTERNATIONAL CORPORATION,

    Defendant.

## O R D E R

Upon review of the Joint Stipulation for Dismissal With Prejudice (Doc. 71), filed on February 2, 2022, this case is dismissed with prejudice as to Named Plaintiff Victoria Warren only, and without prejudice as to any other class claims. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of February, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:
Counsel of record